# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

KEVIN LUCAS #237479

*Kevin Lucas*,
Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

JODI RELL
THERESA LANTZ
ROBERT FOLTZ

BARBARA WATERS
MARK STRANGE
DANIAL MARTIN
JAMES DZURENDA

MICHAEL LAJOIE
RICHARD BLUMENTHAL

Case No. 3:06CV1675 (JBA)
(To be supplied by the court)

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. KEVIN LUCAS is a citizen of NEW YORK CITY who
   (Plaintiff)                                    (State)
   presently resides at 59 HARTFORD ROAD, BROOKLYN, CT. 06234
                  (mailing address or place of confinement)
   If plaintiff is incarcerated, provide inmate number: #237479.

2. Defendant JODI RELL is a citizen of CONNECTICUT
            (name of first defendant)                (State)
   whose address is STATE CAPITOL, ROOM 200, HARTFORD, CT. 06106

and who is employed as <u>GOVERNOR OF THE STATE OF CONNECTICUT</u>.
(title and place of employment)
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? <u>x</u> Yes ____ No. If your answer is "Yes," briefly explain:
<u>She was employed as the Governor for the State of Connecticut</u>

3. Defendant <u>THERESA LANTZ</u> is a citizen of <u>CONNECTICUT</u>
       (name of second defendant)                              (State)

whose address is <u>24 Wolcott Hill road, Whethersfield, ct. 06109</u>

and who is employed as <u>Commissioner of Correction</u>.
(title and place of employment)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? <u>x</u> Yes ____ No. If your answer is "Yes," briefly explain:

<u>She was employed as the Commissioner of the Department of</u>

<u>Correction for the State of Connecticut.</u>
(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   <u>x</u>   42 U.S.C. § 1983 (applies to state prisoners)

   ____   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

2

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

The defendants violated the plaintiff's 5th, and 11th Amendment Rights to the Constitution of the State of Connecticut, which repeals with the 5th, 9th, and 14th Amendment of the United State Constitution.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** The United State 5th Amendment State: no person shall be deprived of life, liberty, or property, without due process of law.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

For the past (4) years, the defendants: Jodi Rell, Theresa Lantz, Robert Foltz, Barbara Waters, Mark Strange, Danial Martin, James Dzurenda, Michael Lajoie, and Richard Blumenthal, have promulgated a non-existing policy which is <u>not</u> supported by any State laws nor Department of Corrections policy which is unlawfully depriving the plaintiff to interest he is entitled to that is being earned from monies sent to plaintiff's Inmate Trust Account from sources outside the Department of Correction, which is <u>not</u> prison work pay.

3

**Claim II**: The United State 9th Amendment state: The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

Supporting Facts: For the past (4) years, the defendants: Jodi Rell, Theresa Lantz, Robert Foltz, Barbara Waters, Mark Strange, Danial Martin, James Dzurenda, Michael Lajoie, and Richard Blumenthal, have been aware of the laws concerning Compensation of Inmate-Disbursement Priorities, Connecticut General Statue §18-85, but ignore the fact that the interest earned from monies sent to the plaintiff's Inmate Trust Account in the form of money orders from sources outside the Department of Correction do not fall under any State Laws, nor Department of Correction policy to seize and/or deprive the plaintiff ot the earned interest, which is not prison work pay.

**Claim III**: The United State 14th Amendment State: nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the law.

Supporting Facts:

For the past (4) years, the defendants: Jodi Rell, Theresa Lantz, Robert Foltz, Barbara Waters, Mark Strange, Danial Martin, James Dzurenda, Michael Lajoie, and Richard Blumenthal, have acted with deliberate indifference to the plaintiff's attempts to remedy this matter, and failed to take corrective actions to comply with Federal Laws concerning the issues alleged in this complaint.

4

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
   __X__ Yes ____ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

   Plaintiff(s): __KEVIN LUCAS__

   Defendant(s): __Jodi Rell, Theresa Lantz, Robert Foltz, Barbara Waters, Mark Strange, Danial Martin, James Dzurena, Michael Lajoie, and Richard Blumenthal__

   b. Name and location of court and docket number __Hartford Superior Court, CV-05-4016610-S__

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
   __Dismissed__

   d. Issues raised: __Defendants Summary Judgment Motion Granted.__

   e. Approximate date of filing lawsuit: __August 24, 2005__

   f. Approximate date of disposition: __August 22, 2006__

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. __X__ Yes ____ No.

   If your answer is "Yes," briefly describe how relief was sought and the results.
   I filed an administrative grievances requesting the interest, but it was denied.

3. I have exhausted available administrative remedies. __X__ Yes ____ No.
   If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion.
   If your answer is "No," briefly explain why administrative remedies were not exhausted.
   See: attached Inmate Grievance form B, levels 2 and 3; Inmate Grievance form A, level 1; 3-18-05, Inmate request form; and both 3-16-05, Inmate request forms.

5



# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

CN 9601/2 Rev. 10/07/02

**Inmate Name:** Kevin Lucas
**Inmate no.:** #237479
**Facility:** Corrigan Correctional Center
**Housing unit:** F-214
**Date:** 4-19-05

[X] Line grievance   [ ] Line emergency   [ ] Health grievance   [ ] Health emergency

**IGP no.** #125-05-120    **T no.**

Use this form to appeal a Level 1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate grievances.

**Appeal. I am appealing the Level 1 decision because:** I believe I am entitled to the relief I specified in my Level 1 Grievance.

**Inmate signature:** Kevin Lucas    **Date:** 4-19-05

### FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW

**Date received:** 05/02/05    **Disposition:** Denied    **Date of disposition:** 05-31-05

**Reasons:** You are appealing a level 1-grievance denial regarding inmate accounts (specifically your claim that you are entitled to accrued interest on your inmate account balance). Your inmate account is maintained in accordance with Administrative Directive 3.7 (Inmate Monies). You do not accrue interest on your inmate account balance; however, you may deposit personal funds in a bank which may earn interest (see Section 11 of A.D. 3.7). I sustain the decision made by the level-1 reviewer; therefore, your level 2 appeal is denied.

**Level 2 reviewer:** M. [signature]

[ ] This grievance may be appealed within 5 days to Level 3
[X] This grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17)

**Appeal. I am appealing the Level 2 decision because:**

**Inmate signature:**    **Date:**

Deposit your appeal in the box for inmate grievances

### FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

**Date received:**    **Disposition:**    **Date of disposition:**

**Reasons:**

**Level 3 reviewer:**



"EX: A"



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601/1
Rev. 10/07/02

Inmate Name **Kevin Lucas**    Inmate no. **#237479**

Facility **Cheshire Corr. Inst.**    Housing unit **SB6-30**    Date **3-18-05**

☒ Line grievance    ☐ Line emergency    ☐ Health grievance    ☐ Health emergency

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

   (SEE: Both attached request form complaints that C.T.O. Lorenzetti and Captain Rodriquez responded to).

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8½ by 11 inch sheet of paper and attach it to this form.) I gave the above mentioned staff members a total of four (4) request form complaints to be forwarded to: Robert Foltz, Director of Inmate Accounts in Wethersfield, concerning Interest I am owed that was accumulated from money in my Inmate Account since my incarceration in the D.O.C., in the state of Conn. Inmate Account is in violation of Conn. D.O.C. Adm. Dir., when it failed to respond to any of the four (4) mentioned request form complaints within 15 days as the Policy mandates.

3. **Action requested.** Describe what action you want taken to remedy the grievance. That Robert Foltz, Director of Inmate Accounts in Wethersfield, promptly respond to my request form complaint that is attached.

Inmate signature **Kevin Lucas**

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

IGP no. **125-05-120**    T no.

Date received **3/21/05**    Disposition **Denied**    Date of disposition **3/24/05**

Grievance issue **Inmate Accounts (Interest money owed)**

Reasons: Director R. Foltz of Inmate Accounts was recently contacted regarding your request. He stated that he has not received four (4) request forms from you. He further stated that they do not credit any inmate accounts with interest, and that they do offer an inmate trust checking account that provides free checking and other services, but no interest accrual. Your request to have interest funds credited to you is denied.

Level 1 reviewer **James E. _____ Ward**

"EX: B"



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name:** Kevin Lucas

**Inmate no.:** #237479

**Facility:** Cheshire Corr. Inst.

**Housing unit:** SB6-30

**Date:** 3-18-05

**Submitted to:** Robert Foltz, Director of Inmate Account in Wethersfield

**Request:** I have been incarcerated in the State of Conn. D.O.C. since November of 1997 to the present date. Over this period I have had a substantial amount of money in my inmate account. It has recently come to my attention that money which was sent to my inmate account Trust Fund from my outside resources over time should have accumulated some interest that should have been credited to my I/m account Trust Fund. I do not acknowledge any interest being credited to my Account. I would appreciate my I/m account Trust Fund being credited with any and all the interest that I am owed. Please reply promptly.

(continue on back if necessary)

**Previous Action Taken:**

(continue on back if necessary)

**Acted on by (print name):**

**Title:**

**Action Taken and/or Response:**

(continue on back if necessary)

**Staff Member Signature:**

**Date:**

"EX: C"



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name:** Kevin Lucas
**Inmate no.:** 237479
**Facility:** Cheshire Corr. Inst
**Housing unit:** SB6-30
**Date:** 3-16-05
**Submitted to:** C.T.O. Lorenzetti.

**Request:** I am inquiring did you mail via interdepartmental mail my request form complaints I gave you on 2-1-05, 2-14-05, and 2-23-05 to: Robert Foltz, Director of Inmate Accounts in Wethersfield? Those was my complaints which concerns Interest I am owed that was accumulated from money in my Inmate Account since my incarceration in D.O.C. in the State of Connecticut. I have yet to receive a reply from Inmate Account, and I need the affirmation that my request form complaints was mailed via interdepartmental mail to _over→_

**Previous Action Taken**

**Acted on by (print name):**
**Title:**

**Action Taken and/or Response:**
Yes, I sent the request to I/M accounts through the department I/M accounts box. I/M accounts should respond shortly. They were given on the 3 dates specified, but it takes time.
CTO Lorenzetti
3-16-05

**Staff Member Signature**
**Date**

"EX: D"

To: Captain Rodriguez

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

**Inmate Name:** Kevin Lucas

**Inmate no.:** 237479

**Facility:** Cheshire Corr. Inst.

**Housing unit:** SB6-30

**Date:** 3-16-05

**Request:** I am inquiring did you fax my request form Complaint I gave you on 3-1-05 to: Robert Foltz, Director of Inmate Accounts in Wethersfield? That was my Complaint which Concern Interest I am owed that was accumulated from money in my Inmate Account Since my incarceration in D.O.C. in the state of Connecticut. I have yet to receive a reply from Inmate Account, and I need the affirmation that my request form Complaint was faxed to → over

(continue on back if necessary)

**Previous Action Taken**

**Submitted to** | **Date**

**Acted on by**

**Action Taken and/or Response:** Your request to the above-mentioned was submitted to inmate accounts on 3/2/2005.

(continue on back if necessary)

**Response to Inmate Date:** 3/17/05

**Staff Member Signature:** [signature] c/s

"EX: E"

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
   If you are not incarcerated, go to section G.

   a. Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

   b. Name and location of court and docket number _____

   c. Grounds for dismissal:  ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit:_____

   e. Approximate date of disposition: _____


2. Are you in imminent danger of serious physical injury? ____ Yes ____ No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

6

## G. REQUEST FOR RELIEF

I request the following relief:
A) issue a Declaratory Judgment that defendants violated the plaintiff's U.S. Constitution, and The Amendments of The Connecticut Constitutional Rights when they :
   1) Deprived plaintiff of his entitlement to the interest earned from the monies sent to his Inmate Trust Account from sources outside the Dept. of Corr., which is not prison work pay.
B) issue an Injunction ORDERING that defendants or their agents:
   1) refrain from depriving plaintiff of his entitlement to the interest earned from the monies sent to plaintiff's Inmate Inmate Trust Account from sources outside the Dept. of Corr., which is not prison work pay.

## H. JURY DEMAND

Do you wish to have a jury trial? Yes  X       No _____

_____    _Kevin Lucas_____
Original signature of attorney (if any)   **Plaintiff's Original Signature**

_____    _KEVIN LUCAS #237479_____
Printed Name                        Printed Name

                                    BROOKLYN CORR. INST.
                                    59 HARTFORD ROAD
                                    BROOKLYN, CT. 06234

( )_____    ( )_____
Attorney's full address and telephone   Plaintiff's full address and telephone

_____    _____
Email address if available          Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

   The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _BROOKLYN CORR. INST._ on _10-10-06_____.
            (location)                 (date)

                                    _Kevin Lucas_____
                                    **Plaintiff's Original Signature**

(Rev. 8/25/04)

7

- CONTINUATION -

G. REQUEST FOR RELIEF

C) Grant Compensatory damages in the following amount:
   1) $50.000 against each and every defendant in their individual capacity.
   2) $50.000 against each and every defendant in their official capacity.
   3) Any other monetary damages as the Court may deem justifiable.
D) Grant punitive damages of $1.000.000 against each and every defendant named in this complaint.
E) Grant such other relief as it may appear plaintiff is entitled.
F) Attorney fees and Courts.